```
THE LAW OFFICE OF MICHAEL A. ALFIERI
30 FRENEAU AVENUE
MATAWAN, NEW JERSEY 07747
TELEPHONE: 732-360-9266
ATTORNEY FOR SECURED CREDITOR, LYNX ASSET SERV
MICHAEL A. ALFIERI, APPEARING
M.A.-4945
```

Order Filed on
**07/06/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

```
IN THE MATTER OF              ) UNITED STATES BANKRUPTCY COURT
                              ) DISTRICT OF NEW JERSEY
Chrisanth Sebekos             ) CASE NO. 11-27833-MS
212 Riverdale Drive           ) CHAPTER 7
Fort Lee, NJ 07024            )
                              ) ORDER VACATING AUTOMATIC STAY
                              ) AS TO REAL PROPERTY
        Debtor(s)             )
                              ) HEARING DATE: July 5, 2011
                              ) ORAL ARGUMENT WAIVED
```

The relief set forth on the following page, page number two (2) is hereby Ordered.

**DATED: 07/06/2011**

_/s/ Morris Stern_
Honorable Morris Stern
United States Bankruptcy Judge

Page 2

Debtor(S): Chrisanth Sebekos
CAPTION OF ORDER: VACATING STAY

---

Upon the motion of LYNX ASSET SERVICES, LLC, the Secured Creditor, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

IT IS ON THIS          DAY OF              , 2011,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage held by the movant upon the following:

_X_ Land and premises commonly known as:

**212 Riverdale Drive, Fort Lee, NJ 07024**

__ Personal property more fully described as:

IT IS FURTHER ORDERED THAT the movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any party who entered an appearance on the motion.

                                        _____
                                        U.S.B.J.

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on                , 2011, I mailed a copy of the foregoing order to each of the following:

                        James J. Waldron, Clerk
                        BY: _____

*Approved by Judge Morris Stern July 06, 2011*